AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

Case Number: 6128

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

v.

LUCILLE J. ALEXANDRE
3320 JACKSON BLVD
FT LAUDERDALE, FL 33312

TO: (Name and Address of Defendant)

    LUCILLE J. ALEXANDRE
    3320 JACKSON BLVD
    FT LAUDERDALE, FL 33312

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

    Mary F. Dooley
    Assistant United States Attorney
    99 NE 4TH STREET
    3RD FLOOR
    MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK      JAN 27 2000 _____ DATE

_(signature)_
(BY) DEPUTY CLERK