AFFIDAVIT OF SERVICE

Case No: 00-6128-CIV-ZLOCH

TO BE SERVED:
LUCILLE J. ALEXANDRE
2222 JACKSON BLVD
FT LAUDERDALE, FL 33312

IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

UNITED STATES OF AMERICA
vs.
LUCILLE J. ALEXANDRE

SUMMONS IN A CIVIL ACTION

SERVED FOR:
RODY J. DONLEY, AUSA

99 N.E. 4th STREET, SUITE 300
MIAMI, FLORIDA 33132

Court Date :
Court Time :
Witness Fee:
Doc Type   : Original
Atty File #:

I received this process 03/03/00 at 12:00 PM and it was served 03/15/00 at 6:00 PM in BROWARD COUNTY, FLORIDA.

On: LUCILLE J. ALEXANDRE
At: 2222 JACKSON BLVD
    FT LAUDERDALE, FL 33312

SUBSTITUTE SERVICE (F.S. 48.031)

By leaving a copy of this writ, the date and hour of service endorsed by me and a copy of the complaint, petition or initial pleading as furnished, at the defendant's usual place of abode with a member of said household above the age of fifteen years as wit:

    FRANZIE JOLY
    SON OF NAME

and informing such person of their contents.

OTHER OR OTHER:

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 28 U.S.C., and Section 920 FL Stat.

The foregoing instrument was acknowledged before me this 15 day of March, '00 by DANIEL ACKERMAN, who is personally known to me, or who has produced a ____ as identification and who did take an oath.

COMPLETED SERVER: DANIEL ACKERMAN ()
CARLSON/MARKOWITZ & KAYE   (305) 374-3426
CSP Number: /56707

NOTARY PUBLIC STATE OF FLORIDA
AND TITLE OF NOTARY

BRENDA TAYLOR
My Commission # CC 815829
Expires March 6, 2003
Bonded thru Notary Service & Bonding Co

4

1O 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

v.

**CIV-ZLOCH**

LUCILLE J. ALEXANDRE
3320 JACKSON BLVD
FT LAUDERDALE, FL 33312

MAGISTRATE JUDGE
SELTZER (co-ten)
3-10-00  6PM
Dan Ackerman

TO: (Name and Address of Defendant)

LUCILLE J. ALEXANDRE
3320 JACKSON BLVD
FT LAUDERDALE, FL 33312

17th            362

**YOU ARE HEREBY SUMMONED** and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox CLERK          JAN 2 7 2000        DATE

(BY) DEPUTY CLERK

756782