UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

United States Of America,

    Plaintiff(s),

v.

**Lucille J. Alexandre,**
,

    Defendant(s).
_____/

CASE NO. 00-6128-civ-Zloch

FILED by _____ D.C.

May 4, 2000

CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Lucille J. Alexandre,**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Lucille J. Alexandre,, as of course, on this date May 4, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By:
L.Harris_____
    Deputy Clerk