UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6128-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUCILLE J. ALEXANDRE,

        Defendant.
_____/

### RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been discharged by the U.S. Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to cancel said judgment of record. Said judgment was duly recorded on October 8, 2002, in the Public Records of Broward County, Florida in Official Records Book 33908, Page 1208.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. Lucille J. Alexandre
CASE NO. 00-6128-CIV-ZLOCH

Witness my hand and seal this
17th day of November, A.D. 2004

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Signed, Sealed and Delivered in
Presence of:

By: *Karin D. Wherry*
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

*Sara Garcia*
Sara Garcia

*Melissa Serey*
Melissa Serey

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this ___ day of November, A.D. 2004.

Rolando A. Leon
MY COMMISSION # DD142399 EXPIRES
September 3, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

*Rolando A. León*
NOTARY PUBLIC, State of Florida

[X] PERSONALLY KNOWN TO ME and
[X] DID NOT take an oath

2